# United States District Court
## Violation Notice

CS-1

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6843044 | PHILLIPS | 3469 |

6843044

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 10/6/2018  2244 | TITLE 18 Section 7 and 13 |

**Place of Offense**
Belleau Ave Adj B129

**Offense Description: Factual Basis for Charge**    HAZMAT ☐

CVC 22450 (a)
Failure to stop at a stop sign

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| NUR | ABDIWAHAD | NMN |

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 35175K2 | CA | 2014 | TOYOTA PRIUS | | WHITE |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy)

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 100.00    Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →**    $ 130.00    **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address**
US COURTHOUSE
333 W BROADWAY
SAN DIEGO CA 92101

Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 6 October, 20 18 while exercising my duties as a law enforcement officer in the southern District of California

see attached

The foregoing statement is based upon:
☑ my personal observation    ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/06/2018    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident    PASS = 9 or more passenger vehicle
CDL = Commercial drivers license    CMV = Commercial vehicle involved in incident